```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION

 JANA ROSSON                    )
                                )
         Plaintiff,             )
                                )         NO. 3:10-0429
 v.                             )         Judge Campbell/Brown
                                )
 WYNDHAM VACATION RESORTS, INC. )
     et al.                     )
         Defendants.            )
```

## ORDER

Inasmuch as Judge Campbell's order dated July 20, 2011, Docket Entry 69, affirmed the Magistrate's Order Docket Entry 55, regarding *in camera* review, Plaintiff's counsel shall submit this material within 5 (five) days of entry of this order UNDER SEAL.

SO ORDERED.

/S/ Joe B. Brown
_____
JOE B. BROWN
U.S. Magistrate Judge