IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANA ROSSON | ) |
| | ) |
| v. | ) NO. 3-10-0429 |
| | ) JUDGE CAMPBELL |
| WYNDHAM VACATION | ) |
| RESORTS, INC., et al. | ) |

ORDER

Defendants have renewed their Motion to Exclude Information and Evidence from Case Nos. 3-03-cv-0894 and 3-04-cv-1133 in this Case (Docket No. 162). The Court will hear argument on Defendants' Motion, as well as all pending Motions, at the pretrial conference on September 24, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE