IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANA ROSSON | ) |
| | ) |
| v. | ) NO. 3-10-0429 |
| | ) JUDGE CAMPBELL |
| WYNDHAM VACATION | ) |
| RESORTS, INC., et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time in Which to File Pretrial Documents (Docket No. 170). The Motion is GRANTED, and all parties shall file the required pretrial documents by September 20, 2012.

In light of this extension, the pretrial conference, scheduled for Monday, September 24, 2012, is continued until Tuesday, September 25, 2012, at 2:00 p.m. to give the Court additional time to review all pretrial documents.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE