IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANA ROSSON )
)
v. ) NO. 3-10-0429
) JUDGE CAMPBELL
WYNDHAM VACATION )
RESORTS, INC., et al. )

ORDER

The following pending Motions are GRANTED as unopposed:

(1) Defendants' Motion in Limine No. 2 to Exclude any Reference to the Lawsuit, Case No. 3:10-cv-00406 (E.D. Tenn.) (Docket No. 123);

(2) Defendants' Motion in Limine No. 6 to Exclude or in the Alternative to Properly Limit the Scope of Testimony Solicited from Plaintiff's Treating Psychiatrist and Therapist (Docket No. 131)[1];

(3) Defendants' Motion in Limine No. 8 to Exclude any Reference to any Alleged Sex Discrimination (Docket No. 135);

(4) Defendants' Motion in Limine No. 9 to Exclude Reference to or Testimony about Wage Hour Issues (Docket No. 137);

(5) Defendants' Motion in Limine No. 11 to Exclude any Reference to an Alleged Affair Between Plaintiff and Jerry Prosise (Docket No. 141);

---

[1] Plaintiff's requests (Docket No. 190) concerning the alleged violation of the Protective Order in connection with this Motion will be discussed at the Pretrial Conference.

(6) Defendants' Motion in Limine No. 14 to Exclude Testimonial Evidence of Alleged Inappropriate Comments Made by Jerry Prosise (Docket No. 147);

(7) Defendants' Motion in Limine No. 15 to Exclude Exhibit 13 to Patti Kennedy's Deposition (Docket No. 149);

(8) Defendants' Motion in Limine No. 17 to Exclude Shannon Miller's Opinion Testimony (Docket No. 153); and

(9) Defendants' Motion in Limine No. 18 to Exclude any Proof of Specific Calculations of Non-Economic Damages at Trial (Docket No. 166).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE