UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANA ROSSON )
 )
v. ) NO. 3:10-0429
 ) JUDGE CAMPBELL
WYNDHAM VACATION RESORTS, INC., et al. )

ORDER

Pending before the Court is a Motion to Withdraw (Docket No. 207) filed by counsel for Plaintiff. The Court held a hearing on September 25, 2012. The Motion is GRANTED.

In order to give Plaintiff time to retain new counsel and have such counsel prepare for trial, the bench trial set for October 2, 2012, is CONTINUED until April 16, 2013, beginning at 9:00 a.m. The pretrial conference is CONTINUED to April 1, 2013, at 10:30 a.m. All lawyers who will participate in the trial must attend the pretrial conference.

Plaintiff shall have 60 days to retain new counsel and such counsel shall promptly file a notice of appearance. If Plaintiff does not retain new counsel within 60 days, she shall be deemed to be proceeding pro se unless and until counsel files a notice of appearance.

Any supplemental pretrial documents shall be filed by March 25, 2013.

The Clerk is ordered to seal Docket Nos. 132-1, 132-2 and 132-3, pending further order of the Court.

Plaintiff's Motion to Recess Trial for Two Days (Docket No. 176) is DENIED as moot.

IT IS SO ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE