**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANA ROSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 C 00429 |
| | ) | Judge Marvin E. Aspen |
| WYNDHAM VACATION | ) | |
| RESORTS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As indicated in the reassignment order entered on January 24, 2013, I have accepted reassignment of this case for trial. A final pretrial conference will be held on Monday, May 20, 2013 at 10:00 a.m. The bench trial shall begin on Tuesday, May 21, 2013 at 9:00 a.m. as previously scheduled.

In preparation for trial, the parties shall review, revise, and re-file the September 20, 2012 pretrial order (Dkt. No. 203) as necessary to reflect the current status of the case. Either as part of that re-filing or in a supplemental pretrial order, the parties shall provide the following additional information: (1) a brief stipulation or statement of the qualifications of any expected expert witness; (2) a schedule of any demonstrative evidence or experiments to be offered during trial; (3) an itemized statement of damages; (4) a statement that each party has completed all discovery; and (5) a statement of any history of settlement discussions and whether settlement remains possible. This amended and/or supplemental pretrial order shall be filed no later than March 1, 2013.

In addition, the parties shall submit any supplemental pretrial materials, if desired, by

March 8, 2013, including revised exhibit and witness lists, a list of any deposition designations, and trial memoranda. The parties shall also file their proposed findings of fact and conclusions of law on or by March 28, 2013.

All of the above filings should be filed electronically via CM/ECF. On the date of these filings, the parties shall also fax a copy thereof to the Court's chambers (312-554-8515). In the unlikely event that the filings would generate a fax exceeding 40 pages in length, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          January 25, 2013