UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANA ROSSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:10 C 00429 Judge Marvin E. Aspen |
| WYNDHAM VACATION RESORTS, INC., et al. | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants today filed a motion for reconsideration (Dkt. No. 236) of our recent order dismissing Plaintiff's retaliation claims without prejudice. Defendants ask that we amend our order, contending that Plaintiff's dismissal of her retaliation claims should be with prejudice as to refiling.

Plaintiff shall respond to the pending motion on or by Wednesday, May 1, 2013.

SO ORDERED:

Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         April 29, 2013