UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANA ROSSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:10-0429 |
| v. ) | Judge Aspen/Brown |
| ) | **Jury Demand** |
| WYNDHAM VACATION RESORTS, INC., ) | |
| and WYNDHAM VACATION ) | |
| OWNERSHIP, INC., ) | |
| ) | |
| Defendants ) | |

## O R D E R

Pursuant to a referral by the District Judge in this matter the Magistrate Judge conducted a settlement conference with the parties on May 7, 2013. The parties were able to reach a resolution satisfactory to all parties.

The parties are directed to file appropriate pleadings with the District Judge terminating this case within the next **30 days.**

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge