IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANA ROSSON | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:10-CV-00429 |
| | ) |
| vs. | ) Judge Marvin E. Aspen |
| | ) |
| WYNDHAM VACATION RESORTS, INC., and<br>WYNDHAM VACATION OWNERSHIP, INC. | )<br>)<br>) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSING THE CASE WITH PREJUDICE

**COME NOW** the parties hereto, by and through their undersigned counsel, and announce to the Court that this case has been voluntarily compromised and settled and, therefore, this case should be dismissed, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

**IT IS SO ORDERED** this 9th day of May, 2013.

_____
Judge Marvin E. Aspen
United States District Judge